**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| TRUST OF SOL E. HARRISON AND SYDRIA HARRISON | : No. 646 MAL 2024 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: MICHAEL HARRISON | : the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of July, 2025, Petitioner's Emergency Application for Expedited Relief and the Application for Leave to Amend are **DENIED.**  Furthermore, this Court's June 17, 2025 order in above matter is **AMENDED** to read as follows:

    **AND NOW,** this 17th day of June, 2025, the Application for Relief In Opposition to Respondent's Answer is **GRANTED**, to the extent it seeks to respond to the Answer to the Petition for Allowance of Appeal.  In all other respects, it is **DENIED.**  The Petition for Allowance of Appeal and the Application for Expedited Decision are **DENIED.**